# EXHIBIT 1

For Office Use Only

# GSam Consulting, LLC

**PURPOSE:** 12-cv-7905

STATEMENT NUMBER:

PAY PERIOD: From 1-Apr-15
To 30-Apr-15

**EMPLOYEE INFORMATION:**

| Name | Gregory J. Sam | Position | Technical Expert | Project # | LK Nutrition (Forza) |
| Department | N/A | Client | Niro, Haller & Niro | Employee ID | Federal EIN 45-4482012 |

| Date | Account | Description | Hotel | Mileage | Airfare | Meals | Rental Car | Hours Worked | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Travel to Chicago, deposition | | | | | | | | |
| 9-Apr-15 | | prep | | $ 20.13 | $ 660.00 | $ 10.75 | | $ 1,575.00 | $ 48.00 | $ 2,313.88 |
| 10-Apr-15 | | Deposition | $ 187.51 | | | | | $ 3,150.00 | $ 50.35 | $ 3,407.27 |
| 11-Apr-15 | | | | $ 20.13 | | $ 19.41 | | | $ 40.00 | 60.13 |
| | | | | | | | | | $ - | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | $ - | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | $ 187.51 | $ 40.26 | $ 660.00 | $ 30.16 | $ - | $ 4,725.00 | $ 138.35 | |

| | |
|---|---|
| **Subtotal** | $ 5,781.28 |
| **Advances** | $ - |
| **Total** | $ 5,781.28 |

**NOTES:** Misc: 09Apr $48 = taxi, 10Apr $50.35 taxi
11Apr $40 = parking

**APPROVED:** _[signature]_ 20 May 15

4/1/2015                                    Gmail - Your US Airways flight



Greg Sam <gregjsam@gmail.com>

## Your US Airways flight
1 message

**reservations@email-usairways.com** <reservations@email-usairways.com>          Wed, Apr 1, 2015 at 5:41 PM
To: gregjsam@gmail.com

### US AIRWAYS                                               Your reservation

Book travel          Travel tools          Advantage          US Airways Vacations

You're confirmed

Date issued:  Wednesday, April 01, 2015



Scan at any US Airways kiosk to check in

ⓘ      Next stop: the airport. See terminal information and find your way.

Confirmation code:

C4KEPX  ≡  US Airways

### Need a hotel?
Get a room in Chicago, IL (O'Hare)
You're sure to get the best rates here.



Book a hotel

### Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Gregory Jacob Sam | 4489AW4 (American Airlines) | 03723975814344 | |
| Day of departure phone: | (339) 927-2449 | Email for receipt: gregjsam@gmail.com | |

### Trip details      Download to Outlook

**DEPART**

4/1/2015                                    Gmail - Your US Airways flight

# PHL    ORD    Philadelphia, PA to Chicago, IL (O'Hare)
Thursday, April 09, 2015

FLIGHT# 1951  ≡  *Operated by US Airways*

| | | | | |
|---|---|---|---|---|
| DEPART | 09:40 AM PHL | | AIRCRAFT | A320 |
| ARRIVE | 11:05 AM ORD   Terminal 3 | | CABIN | Coach |
| TRAVEL TIME | 2h 25m | | MEAL | -- |
| | | | SEATS | 11F |

**RETURN**

# ORD    PHL    Chicago, IL (O'Hare) to Philadelphia, PA
Friday, April 10, 2015

FLIGHT# 854  ≡  *Operated by US Airways*

| | | | | |
|---|---|---|---|---|
| DEPART | 06:40 PM ORD   Terminal 3 | | AIRCRAFT | 757-200 |
| ARRIVE | 09:55 PM PHL | | CABIN | Coach |
| TRAVEL TIME | 2h 15m | | MEAL | -- |
| | | | SEATS | 24F |



## Total travel cost (1 passengers)

| | |
|---|---|
| Your fare (Non-refundable) | Adult |
| PHL to ORD (VB07ZNI1) | $196.65 |
| ORD to PHL (HA00ZRH1) | $391.06 |
| Taxes and fees | $72.29 |
| Subtotal | $660.00 |
| Number of passengers | x 1 |
| Total by passenger type | $660.00 |
| **Total fare** (All passengers) | **$660.00** |

↳Charged to Gregory Sam                         You paid $660.00
************9591 (MasterCard)

## Helpful links

Travel tools and tips                           Trip information

Airport information        Admirals Club        Manage your reservation    Change your seats

04/10/15  8:53 AM                                                                          NiteVision 2014 R1

La Quinta Inn & Suites Chicago Downtown
One South Franklin Street
LA QUINTA  Chicago, IL 60606
INNS & SUITES  312-558-1020

**BYRNE, ANNE-MARIE**                                               **Folio#:** 2013300804
**5200 N 36TH ST**                                                       **Room:** 407
**BOISE, ID 837034260**                                             **Arrival:** 04/09/15
**Company: TRI23**                                               **Departure:** 04/10/15
                                                          **Returns Club No :** W2389455
                                                          **Voucher/Ship/PO:**

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 810440 | 4/9/2015 | Rm: 407 GEN10N - Preferred Rate | $161.10 | $0.00 | $161.10 |
| 810441 | 4/9/2015 | TAX - OCCUPANCY - CITY | $16.47 | $0.00 | $177.57 |
| 810442 | 4/9/2015 | TAX - OCCUPANCY - STATE | $9.94 | $0.00 | $187.51 |
| 810915 | 4/10/2015 | CC PMT - MASTER CARD  ... 9591 | $0.00 | $187.51 | $0.00 |
|  |  |  |  | **Balance:** | **$0.00** |

**Signature:**

THANK YOU
WE APPRECIATE YOUR BUSINESS

**PHILADELPHIA PARKING
AUTHORITY**

Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Card Account : XXXXXXXXXXXXX9591
Card Type : MASTER CARD
Authorization Code : 08704P

Cashier : 532   Seq # 37893
Ent : 06:52 04/09/15 Lane 8
Exit: 01:16 04/11/15 Lane 75
Duration: 1D(s) 18H(s) 24M(s)
Rate Code: 85   Shift: 132

```
                    FEE  $    40.00
         AMOUNT TEND  $    40.00
                   CASH  $     0.00
         CREDIT CARD  $    40.00
                  CHECK  $     0.00
                 CHANGE  $     0.00

         PAID AT CT  $    40.00
              Taxes Included
```

*** Thank You ***
*** Customer Copy ***

**CAB RECEIPT**

**CHICAGO TAXI CAB MNGT INC.**
2028 W. Concord, Chicago, IL 60647
Ph. 773-983-3368

Date 4/9/15
Time 5:30 ☐ A.M. ☑ P.M.
From ORD
To 181 West Madison St.
Cab No. 2218TX
Driver G. Son
Fare $49.00
Passenger

* Verify CAB number before signing receipt.

WANT TO LEASE
TOP DOLLAR
FOR YOUR MEDALLION
CALL
YOUSUF KHAN
Ph. 773-983-3368
chicagotaxicabmgmtinc@yahoo.com

---

HMSHOST
BJ'S MARKET
CHICAGO INTERNATIONAL AIRPORT

288689 Feleshia
--------------------------------
CHK 1793                    GST 1
       APR10'15  6:55PM
--------------------------------
       TO GO

 1 SPARE 1/2 RIBS        14.59
    BBQ
    MAC & CHS
    GREENS
 1 SODA BTL M             2.89

    SUBTOTAL             17.48
    TAX                   1.93
    AMOUNT PAID         19.41
    CASH                 20.00
    CHANGE                0.59
--288689 Closed APR10 06:56PM---

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

       HARRY LU
    773-619-0050

**Philly Steak + Gyro Co.**
Philadelphia Airport Terminal - C
215-365-2869

Ticket 152              Go Order
Cashier : 2                 REG1
11:51 AM           Date 04/09/15
--------------------------------
1 CHEESE STEAK SPECIAL      9.95
--------------------------------
    Sub Total   :      9.95
    Sales Tax   :       .80
    Check Total $     10.75
    Cash              20.00
    Change Due  :      9.25

Enter Your Information Here
     Store Specials
     Holiday Specials
     Change This Anytime

*Cash Receipt*
    CAB# 2545
Date   04/10/15
17:15 TO 18:04
TRIP #    11507
DIST   17.78 mi
Rate 1  $ 39.85
EXTRAS  $ 10.50
TOTAL   $ 50.35
   CALL 311 FOR
COMPLIMENTS OR
   COMPLAINTS