# EXHIBIT 2

*Jackson Capital Mgmt, LLC*
*3220 West 98th Street, Suite 201*
*Evergreen Park, IL 60805*
*(708) 952-4440*
*(708) 952-4449 fax*

INVOICE

May 1, 2015

Mr. Raymond Niro
Niro, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL  60602

**Re:  Forza Technologies, LLC v. Premier Research Labs, LP**

For Professional Services Rendered from April 5, 2015 through May 1, 2015

| | Hours | Amount |
|---|---|---|
| Appearance at Expert Deposition for Paul Duggan taken on April 17, 2015 including preparation with counsel, appearance at deposition and review of transcript. | | |
| TOTAL HOURS/FEES | 12.00 | 6,000.00 |
| **TOTAL DUE** | | **$6,000.00** |