# EXHIBIT 3

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LK NUTRITION, LLC, <br>     Plaintiff, <br>   vs. <br> PREMIER RESEARCH LABS, LP, <br>     Defendant and <br>     Counterclaimant. <br>   vs. <br> LK NUTRITION, LLC, LEE KEMP and MIA SCHEID, <br>     Counterclaim- <br>     Defendants <br> ------------------------ <br> MIA SCHEID, <br>     Counterclaimant, <br>   vs. <br> PREMIER RESEARCH LABS, LP, <br>     Counterclaim- <br>     Defendant, <br>   and <br> ROBERT J. MARSHALL, <br>     Third-Party <br>     Defendant. | Civil Action No. <br> 12-cv-07905 <br> Hon. Joan B. Gottschall <br> Magistrate Judge Young B. Kim |

VIDEOTAPED DEPOSITION OF GREGORY J. SAM

April 10, 2015

Chicago, Illinois

10:00 a.m.

Reported By:
Sheri E. Liss, CRR
Job No. 38342

2

1               DEPOSITION OF GREGORY J. SAM

2         The deposition of GREGORY J. SAM, called

3 by the Defendant for examination, taken pursuant to

4 the Code of Civil Procedure and the Rules of the

5 Supreme Court of the State of Illinois pertaining to

6 the taking of depositions for the purposes of

7 evidence, taken before Sheri E. Liss, CSR NO.

8 084-002600, a Certified Shorthand Reporter within

9 and for the State of Illinois, Registered

10 Professional Reporter, Certified Realtime Reporter,

11 at the offices of Amin Talati, 55 West Monroe Street,

12 Suite 3400, Chicago, Illinois, on April 10, 2015 at

13 the hour 10:00 o'clock a.m.

3

1          DEPOSITION OF GREGORY J. SAM

2    APPEARANCES:

3    ON BEHALF OF THE PLAINTIFF:

4         NIRO HALLER & NIRO

5         181 West Madison Street

6         Suite 4600

7         Chicago, Illinois 60602

8         BY:  DYLAN BROWN, ESQ.

9              dbrown@nshn.com

10

11   ON BEHALF OF THE DEFENDANTS:

12        AMIN TALATI

13        55 West Monroe Street

14        Suite 3400

15        Chicago, Illinois 60603

16        BY:  SAIRA ALIKHAN, ESQ.

17             saira@amintalati.com

18             RYAN KAISER, ESQ.

19             ryan@amintalati.com

20             RAKESH M. AMIN, LL.M, R.Ph.

21             rakesh@amintalati.com

22

23   ALSO PRESENT:

24        ANNE-MARIE BYRNE, Niro Haller & Niro

25        JEREMY MANGAN, Videographer

                                                              208

1                DEPOSITION OF GREGORY J. SAM
2            MR. BROWN:  Okay.  I hear your request.
3            MR. KAISER:  We can argue about it off
4    the record or with the Judge.
5            MR. BROWN:  We'll do that then.
6            MR. KAISER:  Okay.  Cool.
7            MS. ALIKHAN:  This concludes the
8    deposition.
9            THE VIDEOGRAPHER:  Going off the record.
10   The time is now 4:45 p.m.
11                   (The proceedings were
12                    concluded.)