# EXHIBIT 4

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

LK NUTRITION, LLC,              )

              Plaintiffs,  )   Civil No. 12-cv-07905

    vs.                         )

PREMIER RESEARCH LABS, LP    )

and ROBERT J. MARSHALL,       )

individually,                 )

             Defendants.  )


DEPOSITION OF PAUL DUGGAN

April 17, 2015

Chicago, Illinois

10:12 a.m.


Reported By:
Sheri E. Liss, CSR, RPR, CRR, CLR, RSA
Job No. 38448

2

1          DEPOSITION OF PAUL DUGGAN

2          The deposition of PAUL DUGGAN, called by

3   the Defendant for examination, taken pursuant to the

4   Code of Civil Procedure and the Rules of the Supreme

5   Court of the State of Illinois pertaining to the

6   taking of depositions for the purposes of evidence,

7   taken before Sheri E. Liss, CSR NO. 084-002600, a

8   Certified Shorthand Reporter within and for the

9   State of Illinois, Registered Professional Reporter,

10  Certified Realtime Reporter, at the offices Amin

11  Talati, 55 West Monroe Street, Suite 3400, Chicago,

12  Illinois, on April 17, 2015 at the hour 10:12

13  o'clock a.m.

14

15

16

17

18

19

20

21

22

23

24

25

6

1                DEPOSITION OF PAUL DUGGAN

2                THE VIDEOGRAPHER:  We are now on the

3     record.  This is the video deposition of Paul J.

4     Duggan, being taken on April 17, 2015.  The time is

5     now 10:12 a.m.  We're at 55 West Monroe Street,

6     Suite 3400 in Chicago, Illinois.  This deposition is

7     being taken on behalf of the defendant in the matter

8     of LK Nutrition, LLC, versus Premier Research Labs,

9     LP, Case No. 12-cv-07905 filed in the United States

10    District Court for the Northern District of

11    Illinois.

12                My name is John Doody, certified

13    legal video specialist.  The court reporter today is

14    Sheri Liss.  We represent David Feldman Worldwide.

15                Will counsel please identify

16    yourselves for the record.

17                MR. SOLON:  Patrick Solon, Dylan Brown

18    for the plaintiff.

19                MS. ALIKHAN:  Saira Alikhan on behalf of

20    defendants.

21                MR. KAISER:  Ryan Kaiser on behalf of

22    the defendants.

23                MR. KRIT:  Jonathan Krit on behalf of

24    defendants.

25

49

1                    DEPOSITION OF PAUL DUGGAN

2         Q.      What information did you receive from

3    LK/Forza?

4         A.      It's on that list that you just showed

5    me.  The 28 items.

6         Q.      Did you ask for that information?

7         A.      Yes.

8         Q.      Do you recall specifically what you

9    asked for?

10        A.      No.

11        Q.      Were you ever told what opinions should

12   be contained in the report?

13        A.      Yes.

14        Q.      By whom?

15        A.      All I was instructed to do by counsel

16   was to calculate damages, so to that -- and that I

17   had free reign to do what I calculated damage, no

18   one else did.

19        Q.      Were you ever told what opinions should

20   be contained in the report?

21        A.      Other than just complete -- just to

22   calculate the damages suffered, that was it.  Then I

23   broke them down, which is what this report is

24   indicating.

25        Q.      What did you do to prepare for your

50

1                    DEPOSITION OF PAUL DUGGAN

2       deposition today?

3           A.      I reread parts of my expert report, I

4       looked again at the Ripley report, I met with

5       counsel this morning, had a cup of coffee before we

6       came over here.

7           Q.      When you said you looked at the Ripley

8       report, what are you referring to?

9           A.      Exhibit B indicates, at Item 3, a

10      deposition of a Michael Ripley and related

11      documents, business plan.

12          Q.      What does "related documents" refer to?

13          A.      I think it was the documents attached to

14      his deposition.

15          Q.      All of them?

16          A.      I was given the deposition with the

17      related exhibits.

18          Q.      You don't know if it was all of them?

19          A.      I would have no idea.

20          Q.      Do you know which ones you specifically

21      relied upon?

22          A.      Not from memory.

23          Q.      If you saw them would that refresh your

24      recollection?

25          A.      Perhaps.

51

1                    DEPOSITION OF PAUL DUGGAN

2          Q.      You said you had a cup of coffee with

3    your attorney this morning.  How long did you review

4    during that time, prepare for your deposition?

5          A.      I got to the office some time around a

6    quarter to nine and got a cup of coffee.  We talked

7    a little bit between 9:00 and 9:30.  I called my

8    office and cleaned up some office issues and walked

9    over.

10         Q.      So about a half hour?

11         A.      A half hour, a cup of coffee, yeah.

12         Q.      Did you do anything else to prepare for

13   your deposition today?

14         A.      Like I said, I read parts of the --

15   reread parts of the expert report yesterday.

16         Q.      Did you speak with anyone besides your

17   attorney in preparation for your deposition today?

18         A.      Since the expert report?

19         Q.      Yeah.  In preparation, in anticipation

20   of today.

21         A.      No.

22         Q.      Are all of the opinions that you have

23   concerning this case contained in the expert report

24   we've marked as Exhibit 2?

25         A.      Yes.

257

1                    DEPOSITION OF PAUL DUGGAN

2     report.

3          Q.      What areas did you and Mr. Kemp disagree

4     on?

5          A.      We didn't disagree.  I told him that,

6     for example, he bills at the rate of $1500 a day.

7     And he's still billing at that.  He received that

8     last month for working ESPN.  That I didn't think it

9     was plausible that he would work 52 hours a week and

10    I reduced it to 50.  He showed 40 hours a week for

11    52 weeks and I reduced it to 50 weeks.

12         Q.      Any other areas where you disagreed?

13         A.      No.  Not that I recall.

14                 MS. ALIKHAN:  I don't have any further

15    questions.

16                 MR. SOLON:  Nothing further.  We will

17    reserve the signature.

18                 THE VIDEOGRAPHER:  This concludes

19    today's deposition of Paul Duggan.  We're off the

20    record.  The time is 5:53 p.m.

21                          (Whereupon, the proceedings

22                           were concluded.)

23

24

25