| Tab | Description |
|---|---|
| 1 | *PRL Documents cited in Response to Statement No. 20* **CONFIDENTIAL** |
| 2 | *Belcher Dep @ 147, 150* |
| 3 | *Scheid Declaration* |
| 4 | *Kemp Declaration* |
| 5 | Lermer Dep @ 47, 81, 95, 101-106, 118, 122 **CONFIDENTIAL** |
| 6 | PRL 1850-53 **CONFIDENTIAL** |
| 7 | PRL 1681-1683 **CONFIDENTIAL** |
| 8 | Marshall Dep @ 30, 40, 60-61, 108-109, 153-155 |
| 9 | PRL 759-761 **CONFIDENTIAL** |
| 10 | PRL 696-700 **CONFIDENTIAL** |
| 11 | PRL 790-794 **CONFIDENTIAL** |
| 12 | Lermer Affidavit |
| 13 | PRL 2346-2357 **CONFIDENTIAL** |
| 14 | PRL 681-686 **CONFIDENTIAL** |
| 15 | PRL 164-167 **CONFIDENTIAL** |
| 16 | PRL 215-216 **CONFIDENTIAL** |
| 17 | PRL 2430 **CONFIDENTIAL** |
| 18 | PRL 242-245 **CONFIDENTIAL** |
| 19 | PRL 5587-90 CONFIDENTIAL |
| 20 | PRL 230-236 **CONFIDENTIAL** |
| 21 | Hall Dep @ 13 |
| 22 | ISU 18 |
| 23 | ISU 28-30 |
| 24 | Mia Dep. Ex. 30 |
| 25 | ISU 25-27 |
| 26 | PRL 368 **CONFIDENTIAL** |
| 27 | PRL 531 **CONFIDENTIAL** |
| 28 | PRL 2134-2137 **CONFIDENTIAL** |
| 29 | PRL 2236-2238 **CONFIDENTIAL** |
| 30 | PRL 300-302 **CONFIDENTIAL** |
| 31 | PRL 771-72 **CONFIDENTIAL** |
| 32 | PRL 1588 **CONFIDENTIAL** |
| 33 | PRL 2112 **CONFIDENTIAL** |
| 34 | PRL 317 **CONFIDENTIAL** |
| 35 | Sam Dep @199 |
| 36 | PRL 2342-2344 **CONFIDENTIAL** |
| 37 | PRL 2531 **CONFIDENTIAL** |
| 38 | PRL 96 **CONFIDENTIAL** |
| 39 | PRL 173 **CONFIDENTIAL** |
| 40 | PRL 2434 **CONFIDENTIAL** |